UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA GRAUDINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOP KILT, LLC d/b/a/ THE TILTED KILT PUB; VINCENT PIAZZA; and DOE DEFENDANTS 1-10,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 14-02589 |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, APPROVAL OF PROPOSED CLASS NOTICE, DISMISSAL OF ADDITIONAL DEFENDANTS, AND SCHEDULING OF A FINAL APPROVAL HEARING**

Plaintiff Victoria Graudins ("Plaintiff"), by her counsel Connolly Wells & Gray, LLP and Kalikhman & Rayz, LLC (collectively, "Plaintiff's Counsel"), individually and on behalf of the other members of the proposed Settlement Class[1], respectfully move the Court for an order: (1) granting preliminary approval of the proposed settlement ("Settlement") of the above captioned action pending in this Court; (2) certify, for settlement purposes only, Plaintiff's claims pursuant to FED. R. CIV. P. 23(b)(3); (3) appoint Plaintiff as the class representative and Plaintiff's Counsel as "Class Counsel" pursuant to FED. R. CIV. P. 23; (4) approve the form and manner of notice to be provided to the putative Settlement Class; (5) set a Bar Date of sixty days after dissemination of Class Notice; (6) dismiss with prejudice Defendant Vincent Piazza and the Doe

---

[1] All capitalized terms used in this Motion shall have the meanings ascribed to them in the Settlement Agreement.

Defendants; and (7) set a date for a Final Approval Hearing at least one hundred and one days after entry of a Preliminary Approval Order.[2]  In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Gerald D. Wells, III and exhibits thereto.

Dated:  February 12, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**CONNOLLY WELLS & GRAY, LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald D. Wells, III*
　　　　　　　　　　　　　　　　　　　　　　Gerald D. Wells, III
　　　　　　　　　　　　　　　　　　　　　　Robert J. Gray
　　　　　　　　　　　　　　　　　　　　　　2200 Renaissance Blvd., Suite 308
　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (610) 822-3700
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (610) 822-3800
　　　　　　　　　　　　　　　　　　　　　　Email: gwells@cwg-law.com
　　　　　　　　　　　　　　　　　　　　　　Email: rgray@cwg-law.com

　　　　　　　　　　　　　　　　　　　　　　**KALIKHMAN & RAYZ, LLC**
　　　　　　　　　　　　　　　　　　　　　　Eric Rayz, Esquire
　　　　　　　　　　　　　　　　　　　　　　1051 County Line Road, Suite "A"
　　　　　　　　　　　　　　　　　　　　　　Huntingdon Valley, PA 19006
　　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 364-5030
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 364-5029
　　　　　　　　　　　　　　　　　　　　　　E-mail: erayz@kalraylaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Proposed Class*

---

[2] The Parties request the hearing be scheduled at such time so as to permit the Parties sufficient time to accomplish each of the requirements set forth in the Settlement Agreement.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of February 2016, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Gerald D. Wells, III*
Gerald D. Wells, III
