# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA GRAUDINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOP KILT, LLC d/b/a/ THE TILTED KILT PUB,<br><br>Defendants. | )<br>) Civil Action No.: 14-02589<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND SERVICE PAYMENT TO PLAINTIFF

Plaintiff Victoria Graudins ("Plaintiff") respectfully requests that the Court enter an Order: (i) granting final approval of the class action settlement; (ii) certifying the Settlement Class; (iii) approving a Service Payment award for Plaintiff; (iv) granting Class Counsel's requested award of attorneys' fees and expenses; and (v) such further and other relief as this Court deems just and proper.  Plaintiff is submitting a proposed Final Approval Order attached hereto and incorporated herein.  In further support of this Motion, Plaintiff is contemporaneously filing the following:

(1) Memorandum of Law in Support in Support of Plaintiff's Unopposed Motion for Final Approval and Certification of Settlement Class;

(2) Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Payment to Plaintiff; and

(3) Declaration of Gerald D. Wells, III in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, and exhibits thereto.

By Order entered on April 6, 2016 the Court scheduled the hearing on this Motion for July 21, 2016, at 11:00 a.m. in Courtroom 8A, United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania 19106.  At said hearing, Class Counsel will present oral argument in support of this Motion.

Dated:  June 21, 2016 							Respectfully submitted,

**CONNOLLY WELLS & GRAY, LLP**

*/s/ Gerald D. Wells, III*
Gerald D. Wells, III
Robert J. Gray
2200 Renaissance Blvd., Suite 308
King of Prussia, PA 19406
Telephone:  (610) 822-3700
Facsimile:  (610) 822-3800
Email: gwells@cwg-law.com
	rgray@cwg-law.com

**KALIKHMAN & RAYZ, LLC**
Eric Rayz, Esquire
1051 County Line Road, Suite "A"
Huntingdon Valley, PA 19006
Phone: (215) 364-5030
Fax: (215) 364-5029
E-mail: erayz@kalraylaw.com

*Counsel for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of June 2016, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

>*/s/ Gerald D. Wells, III*
>Gerald D. Wells, III