IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA GRAUDINS | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| KOP KILT, LLC, | : | NO. 14-2589 |
| *d/b/a THE TILTED KILT PUB*, ET AL. | : | |

## ORDER

**AND NOW**, this ___24th___ day of ___February___, 2017, upon consideration of

Plaintiff's Motion for Final Approval of Class and Collective Action Settlement, Certification of

Settlement Class, Award of Attorneys' Fees and Reimbursement of Expenses and Service

Payment to Plaintiff (ECF No. 23), and all documents submitted in support thereof, after a

fairness hearing in open court, and in accordance with the Memorandum filed herewith, it is

**ORDERED** that Plaintiff's unopposed Motion is **GRANTED** as follows:

1.    The following settlement class is certified pursuant to Federal Rules of Civil

Procedure 23(a) and 23(b)(3):  Any current or former Tipped Employee employed

by Defendants at the Tilted Kilt Pub located in King of Prussia, Pennsylvania

between March 28, 2012 and July 2, 2015, who do not otherwise exclude

themselves per the terms of the Settlement Agreement.  In addition, pursuant to

Federal Rule of Civil Procedure 23(g), Plaintiff Victoria Graudins is appointed

Class Representative and Kalikhman and Rayz, LLC and Connolly Wells & Gray,

LLP are appointed as Class Counsel.

2.      The Court certifies all 82 Participating Settlement Class Members for purposes of

the FLSA Collective.  In accordance with the terms of the settlement agreement,

only Participating Settlement Class Members will release their FLSA claims and

only Participating Settlement Class Members will receive money in connection

with the settlement.

3.      The settlement agreement is **APPROVED** pursuant to Federal Rule of Civil

Procedure 23(e).

4.      The settlement agreement is a fair, reasonable and adequate resolution of a bona

fide dispute.

5.      Attorneys' fees in the amount of $100,000 are awarded to Class Counsel.

Litigation expenses in the amount of $6,865.20 shall also be paid to Class

Counsel.

6.      A Service Payment of $7,500 shall be paid to Class Representative, Plaintiff,

Victoria Graudins.

**IT IS SO ORDERED.**

**BY THE COURT:**

_____

**R. BARCLAY SURRICK, J.**